GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
25 Market Street
P.O. Box 116
Trenton, New Jersey 08625
Attorney for Defendant, New Jersey Governor Philip D. Murphy

By:   Michael R. Sarno
      Deputy Attorney General
      609-376-2819
      Michael.Sarno@law.njoag.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| CHRISTINE LIVESAY and NICHOLAS DeSIMONE, <br><br> Plaintiffs, <br><br> v. <br><br> PHILIP DUNTON MURPHY, <br><br> Defendant. | CIVIL ACTION NO.: 3:20-cv-17947-BRM-TJB <br><br> **NOTICE OF MOTION TO DISMISS IN LIEU OF AN ANSWER** |
|---|---|

To:   United States District Court
      District of New Jersey – Trenton Vicinage
      Clarkson S. Fisher Bldg. & U.S. Courthouse
      402 East State Street
      Trenton, New Jersey 08608

      Christine Livesay
      419B Raritan Ave.
      Raritan, New Jersey 08869

Nicholas DeSimone
33 East Oak Ave
Lawnside, New Jersey 08045

**PLEASE TAKE NOTICE** that on **March 15, 2021**, the undersigned, Gurbir S. Grewal, Attorney General of New Jersey, and Michael R. Sarno, Deputy Attorney General, appearing on behalf of Defendant, New Jersey Governor Philip D. Murphy, shall move before the United States District Court for the District of New Jersey for an Order dismissing all claims against him pursuant to Federal Rule of Civil Procedure 12.

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon the attached Brief, proposed Order and Certificate of Service in support of the motion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 78, oral argument is not requested.

                              GURBIR S. GREWAL
                              ATTORNEY GENERAL OF NEW JERSEY

                    By: /s/ *Michael R. Sarno*
                            Michael R. Sarno
                            Deputy Attorney General

Date: February 18, 2021